FLORA RIESENBURGER, Appellant, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

EMMA F. SOBIESKI and Others, Executors, etc., of JULIA HARSCHE, Deceased, Respondents, v. MERCEDES BENZ Co., INC., and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that each appellant pay respondents ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

BEN WEISS, Respondent, v. SAMUEL KANAREK, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of JOHN A. DOOLAN for Admission to the Bar. (From the District of Columbia.)—Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HENRY G. MOLINA for Admission to the Bar. (From the Island of Porto Rico.)— Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of KENDALL AINSWORTH SANDERSON for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of GEORGE EDWARD WALKER for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of WILLIAM S. D. WOODS for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MICHELE CAPOBIANCO, as Administrator, etc., of NICHOLAS BIANCO, Deceased, Respondent, v. AMERICAN NATIONAL BANK AND TRUST COMPANY and Others, Respondents; HENRY TRUSSELL, Doing Business under the Firm Name and Style of TRUSSELL DRESS COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

CITY TRUST COMPANY, Respondent, v. DEMETRE CAFADARIS, Appellant.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

CITY TRUST COMPANY, Respondent, v. GEORGE PAPPAS, Appellant.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ISAAC GOODMAN, Respondent, v. ROOSEVELT SAVINGS BANK OF THE CITY OF NEW YORK, Defendant; JEROME A. WEISS, as Executor, etc., of ANNA GOODMAN, Deceased, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down)